UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

D-1  NANCY JUANITA WILLIAMS,
D-2  ANDREA JEAN BRADLEY-BASKIN,
D-3  AVERY JAMES BRADLEY,
D-4  DWIGHT HASSAN RASHAD,

    Defendants.
_____/

Criminal No. 26-20045

Honorable Matthew F. Leitman

# GOVERNMENT'S MOTION AND SUPPORTING BRIEF TO UNSEAL INDICTMENT

The United States of America hereby moves for an order unsealing the Indictment in this case, and states:

1. The Indictment in this case charges the Defendants with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Indictment be unsealed because the defendants are aware of the Indictment and have made arrangements to surrender to the Marshals this morning. The defendants will be

appearing in Duty Court this afternoon and are entitled to receive a copy of the Indictment.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment.

                                      Respectfully submitted,

                                      Jerome F. Gorgon Jr.
                                      United States Attorney

                                      *s/ Robert A. Moran*
                                      Robert A. Moran  P46346
                                      Assistant United States Attorney
                                      211 W. Fort Street, Suite 2001
                                      Detroit, MI 48226
                                      Robert.Moran@usdoj.gov
                                      (313) 226-9553

Dated:  January 30, 2026