UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

                                               Case No. 26-cr-20045

vs.                                         Hon. Matthew F. Leitman

D-1 NANCY WILLIAMS,
D-2 ANDREA BRADLEY-BASKIN,
D-3 AVERY BRADLEY, AND
D-4 DWIGHT RASHAD,

               Defendants.

---

**STIPULATION TO ADJOURN THE MOTION DEADLINE, PLEA CUT-OFF, FINAL PRETRIAL CONFERENCE AND THE JURY TRIAL**

---

Defendants D-1 Nancy Williams, D-2 Andrea Bradley-Baskin, D-3 Avery Bradley, and D-4 Dwight Rashad and the United States of America stipulate and agree that there is good cause to adjourn the motion deadline, final pretrial conference/plea cut-off, jury trial, and all other dates and deadlines in this case.  The parties request an approximately 6-month adjournment of all dates, including the jury trial date of April 7, 2026. This extension of time is necessary for the following reasons:

- On January 30, 2026, an indictment charging all four defendants was unsealed.  The indictment charges all defendants with one count of

Conspiracy to Commit Wire Fraud under 18 U.S.C. § 1349.  D-2 Andrea Bradley-Baskin was also indicted on two counts of Money Laundering under 18 U.S.C. § 1957, and one count of False Statements under 18 U.S.C. § 1001(a)(2).  D-3 Avery Bradley was also indicted on one count of Wire Fraud under 18 U.S.C. § 1343 and three counts of Money Laundering under 18 U.S.C. § 1957.  D-4 Dwight Rashad was also indicted on one count of Money Laundering under 18 U.S.C. § 1957.  (ECF No. 1).

- On January 28, 2026, all defendants made their initial appearance and were arraigned.  All four defendants were released on bond with conditions.

- On February 2, 2026, the Court issued a scheduling order setting a trial date of April 7, 2026. (ECF No. 19).

- The discovery in this case will be voluminous and complex.  In financial records and court documents, the discovery materials contain personal identifying information of dozens of victims and other individuals.  Due to the amount of discovery, the complexity of the case, and the need to protect those individuals named in the discovery materials, the parties have been negotiating the terms of a protective order.  The order will allow the government to speed up its review and production of the discovery materials to the defendants attorneys.

- Defense counsel for all defendants requires additional time to review the

2

discovery materials and to review them with each defendant in order to be able to effectively prepare for trial, determine what, if any motions should be filed, or to effectively engage in plea negotiations.

- Therefore, the parties all request an approximate 6-month adjournment of all dates and deadlines, including the jury trial date.

For these reasons, the parties stipulate and request that these dates be adjourned for approximately 6 months. The parties request that this additional time, beginning with the day of the filing of this stipulation and order, be excluded from the Speedy Trial Act because the ends of justice served by such continuance outweigh the interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(1) & (7).

**IT IS SO STIPULATED.**


Respectfully submitted,

/s/ *Robert A. Moran*
Robert A. Moran
John K. Neal
Assistant  United  States  Attorneys

211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
phone: 313-226-9553
e-mail: robert.moran@usdoj.gov

/s/ *Allison L. Kriger* (w/consent)
Allison L. Kriger
Attorney for Nancy Williams
500 Griswold Suite 2400
Detroit, MI 48226
phone: 313-967-0100
email: akriger@LaReneKriger.com

/s/ *Gerald K. Evelyn* (w/consent)
Gerald K. Evelyn
Robert Higbee
Attorney for Andrea Bradley-Baskin
409 E. Jefferson Suite 500
Detroit, MI 48226
phone: 313-967-0100
email: geraldevelyn@yahoo.com

/s/ *Doraid B. Elder* (w/consent)
Doraid B. Elder
Attorney for Avery Bradley
500 Griswold Suite 2400
Detroit, MI 48226
phone: 313-967-0100
email: akriger@LaReneKriger.com

/s/ *Todd R. Perkins* (w/consent)
Todd R. Perkins
Attorney for Dwight Rashad
615 Griswold Suite 400
Detroit, MI 48226
phone: 313-964-1702
email: tperkins@perkinslawgroup.com

Dated:  February 18, 2026

4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

Case No. 26-cr-20045
vs.                                                                  Hon. Matthew F. Leitman

D-1 NANCY WILLIAMS,
D-2 ANDREA BRADLEY-BASKIN,
D-3 AVERY BRADLEY, AND
D-4 DWIGHT RASHAD,

      Defendants.

---

## ORDER ADJOURNING MOTION DEADLINE, PLEA CUT-OFF, FINAL PRETRIAL CONFERENCE AND THE JURY TRIAL

---

This matter coming before the court on the stipulation of the parties, and the

Court adopting the reasons for an adjournment set forth in the stipulation, **IT IS**

**HEREBY ORDERED** that good cause exists to adjourn all deadlines, cutoff dates,

and the jury trial. New dates are set as follows:

| | |
|---|---|
| Motion Cut-Off: | August 19, 2026 |
| Plea Cut-Off: | September 2, 2026 |
| Final Pretrial Conference: | September 24, 2026, at 1:30 p.m. |
| Trial Date: | October 13, 2026, at 9:00 a.m. |

**IT IS FURTHER ORDERED** that the period from today's date until October 13, 2026, shall be excluded from the speedy trial clock. *See* 18 U.S.C. §§ 3161(h)(1) & (h)(7). The facts set forth in the parties' stipulation are adopted by the Court and the Court finds that the facts justify the adjournment of the final pretrial conference and trial date and the exclusion of the time under the "ends of justice" subsection of the Speedy Trial Act.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 19, 2026

2