|  | AUSA: | Robert Moran | Telephone: | (313) 226-9553 |
|---|---|---|---|---|
| AO 442 (Rev. 11/11) Arrest Warrant | Agent: | Jeffrey Weiland | Telephone: | (816) 806-0489 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

> **RECEIVED**
> By Amy Godlewski at 10:17 am, Jan 29, 2026

United States of America

v.

Avery James Bradley

Case: 2:26-cr-20045
Assigned To : Leitman, Matthew F.
Referral Judge: Patti, Anthony P.
Assign. Date : 1/28/2026
Description: INDI USA V SEALED MATTER (TM)

F I L E D
MAR 0 4 2026
CLERK'S OFFICE DETROIT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Avery James Bradley

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C§1349 Conspiracy to Commit Wire Fraud
18 U.S.C§1343 Wire Fraud
18 U.S.C§1957 Money Laundering          18 U.S.C§1957 Money Laundering
18 U.S.C§1957 Money Laundering

Date:     **JAN 2 8 2026**

City and state: Detroit, Michigan

*J. Mullen*
*Issuing officer's signature*
**Tyler Mullen**          **DEPUTY CLERK**
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/28/26 , and the person was arrested on *(date)* 01/30/26
at *(city and state)* Detroit, MI .

Date: 03/03/2026

*Arresting officer's signature*

Robert Boyd / DUSM
*Printed name and title*

---

*Distribution: Original Court – 1 copy U.S. Marshal – 2 copies USA*