UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                      Plaintiff,

v.

D-1 Nancy Juanita Williams,
D-2 Andrea Jean Bradley-Baskin,
D-3 Avery James Bradley,
D-4 Dwight Hassan Rashad,

                      Defendant.

_____/

Criminal Case No. 2:26-cr-20045
Honorable Matthew F. Leitman

## **NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY**

**To:   Attorney Admission Clerk and All Other Parties**

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above-captioned case:

*Add the following AUSA(s):*
Name:     Cassandra M. Resposo
Bar ID:    IL Bar No. 6302830
Telephone: (313) 226-9736
Email:     Cassandra.resposo@usdoj.gov

*Terminated the following AUSA(s):*

    Name:     NONE

    s/Cassandra M. Resposo
    CASSANDRA M. RESPOSO
    Assistant United States Attorney
    211 W. Fort St., Suite 2001
    Detroit, MI 48226

Dated: March 23, 2026