UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

D4, DWIGHT RASHAD,

       Defendant.

Case No. 26-cr-20045
Hon. Matthew F. Leitman

_____/

## **STIPULATION TO PERMIT TRAVEL**

The above-captioned parties, through their respective attorney of record, and Robert Moran, Assistant U.S. Attorney, on behalf of the United States of America, and Todd Russell Perkins, on behalf of Defendant, Dwight Rashad, stipulate and agree that Defendant shall be permitted to travel Little Rock, Arkansas on April 23, 2026, through April 30, 2026 for the purposes of visiting his uncle, who is currently in hospice after a terminal diagnosis.

SO STIPULATED.

*s/Robert Moran*_____
AUSA Robert Moran
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9774

Dated: April 17, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

     Plaintiff,                              Case No. 26-cr-20045
                                              Hon. Matthew F. Leitman

v.

D4, DWIGHT RASHAD,

     Defendant.

_____/

## ORDER PERMITTING TRAVEL

This matter having come before the Court upon the stipulation and agreement of the above-captioned parties, through their respective attorney, Assistant U.S. Attorney, Robert Moran, on behalf of the United States of America, and Todd Russell Perkins, on behalf of Defendant, Dwight Rashad, and the Court being more fully advised in the premises:

**IT IS HEREBY ORDERED** that the Defendant shall be permitted to travel to Little Rock, Arkansas on April 23, 2026, through April 30, 2026, for the purposes of visiting his uncle, who is currently in hospice after a terminal diagnosis.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 21, 2026